**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIEL RAMIREZ,

      Plaintiff,

vs.                                    CASE NO. 6:06-CV-1129-ORL-19KRS

FBI,
ORLANDO POLICE DEPARTMENT,

      Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 6, filed September 5, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 6) is **ADOPTED and AFFIRMED.**

1.    The Complaint in this case (Doc. No. 1, filed August 2, 2006) shall be transferred to Case Number 6:90-CV-704-19 and treated as a Motion to Reopen the earlier filed Case Number 6:90-CV-704-19.

2.    All pending motions in this case (6:06-CV-1129-ORL-19KRS) are hereby **DENIED.**

3.    The Clerk of Court is directed to close the file in this case Number 6:06-CV-1129-ORL-19KRS.

**DONE AND ORDERED** at Orlando, Florida, this   23rd   day of September, 2006.

```
                              /s/ Patricia C. Fawsett
                              _____
                              PATRICIA C. FAWSETT, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
```

Copies to:

Counsel of Record